UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVID INGRAHAM, | ) | |
| | ) | 1:10-CV-01591 OWW SKO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER DISMISSING ACTION** |
| | ) | |
| JP MORGAN CHASE BANK, N.A., | ) | |
| UNITED STATES OF AMERICA,& | ) | |
| STANISLAUS COUNTY RECORDER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

Dated:    **January 25, 2011**                      **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE

1